IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. WILEY, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN, SS2 Employee, in Individual Capacity; TERRI, Unit Manager, in Individual Capacity; DREW ENGLISH, Compliance Team, in Individual Capacity; DON WHITMAR, Compliance Team, in Individual Capacity; VICTOR, Therapist, in Individual Capacity; MIKE EPPEMAN, Social Worker, in Individual Capacity; and JACOB CHAPMAN, in Individual Capacity. <br><br> Defendants. | 8:20CV220 <br><br> **ORDER** |

Plaintiff has filed this Amended Complaint and has clarified that the defendant identified as "Jake 22" is Jacob Chapman. As Plaintiff is proceeding in forma pauperis, the Court will order that Mr. Chapman be served by the United States Marshal Service.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of the Court is directed to complete and issue summons for service on Jacob Chapman in his individual capacity. Jacob Chapman may be served at this address: Norfolk Regional Center, 1700 N. Victory Rd. Norfolk, NE 68701.

2. The Clerk of the Court is further directed to deliver the summons, the necessary USM-285 Forms, and a copy of Plaintiff's Complaint, Amended Complaint, Second Amended Complaint, and this Order to the Marshals Service for service of process.

3. The United States Marshal shall serve all process in this case without prepayment of fees from Plaintiff.

Dated this 16th day of December, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge