IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. WILEY,<br><br>    Plaintiff,<br><br> vs.<br><br>AUSTIN CHRISTIANSEN, SS2 Employee, in Individual Capacity; TERRI J. BRUEGMAN, Unit Manager, in Individual Capacity; DREW ENGLISH, Compliance Team, in Individual Capacity; DON WHITMAR, Compliance Team, in Individual Capacity; VICTOR V. VAN FLEET, Therapist, in Individual Capacity; MIKE EPPEMAN, Social Worker, in Individual Capacity; and JACOB CHAPMAN,<br><br>    Defendants. | 8:20CV220<br><br>**ORDER** |

  Plaintiff has filed a motion seeking appointment of counsel. However, [i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel[.]" *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). No such benefit is apparent here at this time. Accordingly, the request for the appointment of counsel (Filing No. 25) is denied without prejudice to reassertion.

  **IT IS SO ORDERED.**

  Dated this 8th day of January, 2021.

                     BY THE COURT:

                     s/ Susan M. Bazis
                     United States Magistrate Judge