IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY CARROLL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AUSTIN CHRISTIANSEN, SS2 Employee, in Individual Capacity; TERRI J. BRUEGMAN, Unit Manager, in Individual Capacity; DREW ENGLISH, Compliance Team, in Individual Capacity; DON WHITMAR, Compliance Team, in Individual Capacity; VICTOR V. VAN FLEET, Therapist, in Individual Capacity; MIKE EPPEMAN, Social Worker, in Individual Capacity; and JACOB CHAPMAN,<br><br>　　　　Defendants. | 8:20CV220<br><br><br>ORDER |

　　Defendants have requested leave to take the deposition of Plaintiff Timothy Carroll, who is currently an involuntarily committed patient at the Norfolk Regional Center, by remote means. ([Filing No. 65](#).)  The motion is granted.  Defendants may notice and take the deposition of the Plaintiff, a confined person, by remote videoconferencing means.

　　Dated this 21st day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge
